UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Alejandro Diaz
B.C. 900 1100 750

*(In the space above enter the full name(s) of the plaintiff(s).)*

**11 CIV. 9030**

-against-

N.Y.C Police Department
and Officer Eliot Arias Tax no. 936140,
71st Precinct
421 Epire BLVD Brooklyn N.Y.

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☑ Yes ☐ No
*(check one)*

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

I. **Parties in this complaint:**

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name  Alejandro Diaz
ID #  900 1100 75
Current Institution  NIC - OBCC
Address  1500 Hazen St. East Elmhurst N.Y. 11370

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

71st precinct Brooklyn N.Y.
Officer Eliot Arias

Rev. 05/2007

Defendant No. 1   Name **Eliot Arias**   Tax No. 936140   Shield #_____
Where Currently Employed **71st Precinct**
Address **Brooklyn N.Y.**
**421 Empire BLVD. Brooklyn N.Y.**

Defendant No. 2   Name _____ Shield #_____
Where Currently Employed _____
Address _____

Defendant No. 3   Name _____ Shield #_____
Where Currently Employed _____
Address _____

Defendant No. 4   Name _____ Shield #_____
Where Currently Employed _____
Address _____

Defendant No. 5   Name _____ Shield #_____
Where Currently Employed _____
Address _____

II.   **Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   In what institution did the events giving rise to your claim(s) occur? _____
**See attached**

B.   Where in the institution did the events giving rise to your claim(s) occur? _____
**N/A**

C.   What date and approximate time did the events giving rise to your claim(s) occur?
**May 17 2011   See attached**

Rev. 05/2007

2

D.  Facts: __See attached__

<div style="margin-left: 2em; font-size: small;">
What happened to you?

Who did what?

Was anyone else involved?

Who else saw what happened?
</div>

(blank lines)

III.  Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

Will send with Hospitals records from Kings County Hospital an Long Island Hospital contusions and scrapes on Knees Back and arms. M.R.I and X-Rays and given Pain Killers (percocets)

IV.  Exhaustion of Administrative Remedies: N/A

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ___   No ✓

Rev. 05/2007

3

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). N/A

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ____   No ✓   Do Not Know ____

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____   No ✓   Do Not Know ____

If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ____   No ✓

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____   No ✓

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance? N/A

1. Which claim(s) in this complaint did you grieve? N/A

2. What was the result, if any? N/A

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. N/A

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: N/A

2. If you did not file a grievance but informed any officials of your claim, state who you

informed, when and how, and their response, if any: **N/A**

3. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. **N/A**

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V.  **Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). It is my hope that

a) those of us that are ~~who~~ wheelchair bound when arrested are trasported with our wheelchair, which means at the very least that special transportation for the physically handicapped. Is mandatory.

c) The basis for ~~one~~ other reasons than monetary compesation is stated in the above. My monetary compensation See attached

VI. **Previous lawsuits:**

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ✓   No ____

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

 1. Parties to the previous lawsuit:

 Plaintiff _____

 Defendants Eliot Aria N.Y.C Police Department 71st precinc
 tax no. 936140  421 Efive BLVD- BK-N.Y

 2. Court (if federal court, name the district; if state court, name the county) N/A

 3. Docket or Index number  N/A
 4. Name of Judge assigned to your case  N/A
 5. Approximate date of filing lawsuit  N/A
 6. Is the case still pending? Yes ____ No ____ N/A
 If NO, give the approximate date of disposition  N/A
 7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) N/A

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?
 Yes ____  No ____   N/A

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

 1. Parties to the previous lawsuit:

 Plaintiff  N/A

 Defendants  N/A

 2. Court (if federal court, name the district; if state court, name the county) N/A
 3. Docket or Index number  N/A
 4. Name of Judge assigned to your case  N/A
 5. Approximate date of filing lawsuit  N/A
 6. Is the case still pending? Yes ____ No ____ N/A
 If NO, give the approximate date of disposition  N/A

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) N/A

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 8 day of november 2011.

Signature of Plaintiff    Alyandro Diaz
Inmate Number            19001100750
Institution Address      1500 Hazen St.
                         East Elmhurst N.Y.
                         11370

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 8 day of november 2011, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: Alyandro Diaz

THE CITY OF NEW YORK OFFICE OF THE COMPTROLLER
1 CENTRE STREET, NEW YORK, N.Y. 10007-2341

John C. Liu
COMPTROLLER

015 - 196

Date:       07/07/2011
Claim no: 2011PI024581
Claimant: ALEJANDRO DAIZ

ALEJANDRO DAIZ
1500 HAZEN ST
E ELMHURST, NY 11370 -

Dear ALEJANDRO DAIZ:

This office is in receipt of your inquiry regarding your claim. In order to assist us in evaluating the
claim, please provide the following:

✓ Copies of hospital and doctor records indicating a diagnosis

___ Photos of the defect and area where you allegedly fell

✓ Copies of bills and proof of payment to medical providers

___ Copies of your pay stubs & proof of lost wages from your employer

✓ Your social security number  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

✓ Your date of birth  10/30/1958

___ Other: _____

If you have any questions, please contact me at (212) 669-4445
Please be advised that if we are unable to reach a settlement you must begin a lawsuit within one year and ninety days of the occurrence in order to preserve your rights under the law.

Sincerely,

ROBERT HOWE
-- SUPERVISOR --



THE CITY OF NEW YORK
OFFICE OF THE COMPTROLLER
CLAIMS AND ADJUDICATIONS
1 CENTRE STREET ROOM 1200
NEW YORK, N.Y. 10007-2341

WWW.COMPTROLLER.NYC.GOV

Michael Aaronson
Chief, Bureau of Law and Adjustment

015 - 151

John C. Liu
COMPTROLLER

Date:       07/06/2011
Claim No:   2011PI024581
RE:         Acknowledgment of Claim

ALEJANDRO DAIZ
1500 HAZEN ST
E ELMHURST, NY 11370

Dear Claimant:

We acknowledge receipt of your claim, which has been assigned the claim number shown above. Please refer to this claim number in any correspondence or inquiry you may have with our office.

We will do our best to investigate and, if possible, settle your claim. However, if we are unable to resolve your claim, **any lawsuit against the City must be started within one year and ninety days from the date of the occurrence.**

If you have any questions regarding your claim, you may contact us at either 212-669-8750 for property damage claims or 212-669-4445 for claims involving personal injury.

Sincerely,
Michael Aaronson

# PERSONAL INJURY CLAIM FORM

Claim must be filed in person or by registered or certified mail within 90 days of the occurrence at the NYC Comptroller's Office 1 Centre St. Room 1225, New York, New York 10007. It must be notarized. If claim is not resolved within 1 yr and 90 days of the occurrence you must start legal action to preserve your rights.

To the Comptroller of the City of NY: I herewith present my claim against the City of New York

TYPE OR PRINT

## PERSONAL INFORMATION

Last name of Claimant: **Diaz**  First: **Alejandro**

Address: **1560 Harex St E. Elmhurst** Borough: Zip: **NY 11370**  Telephone: **none**

Date of Birth: **10/30/58**  Social Security Number: **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**

## ACCIDENT / INCIDENT INFORMATION

Date of Incident: **5/17/11**  Exact Location of Incident: **639 Albany Ave. Apt 1-G**

Time: **1:00 to 1:30 pm** ( ) AM (X) PM  Describe how incident happened: **Conducted an illegal search without warrant / see attached**

Were there Witnesses? Name(s) of Witness(es): **Joanie Edmonds**

Address of Witness(es): **639 Albany Ave. Apt 1-G BK, NY 11203**

Police Report #: **unknown**

Were Police present at accident site: Yes (X) No ( )

Police Officer's Name(s): **P.O. Arias**  Shield #:  Precinct: **71st**

## MEDICAL INFORMATION

Date of First Treatment: **5/19/11**  Location of First Medical Treatment: **Kings County E.R**

Was claimant taken by ambulance: **Yes**  Date treated in emergency room: **5/19/11**  Name of Hospital: **King County Hospital**

Name and address of treating physician(s):

Describe injury in detail: **They never brought my wheelchair, fail to provide special transportation with knowing indifference that I was wheelchair bound, thrown in a cell with no consideration for my disability 5 days w/ct a violation of the ____**

## EMPLOYMENT INFORMATION

Status on day of accident: Employed ( ) Unemployed (X)  Amount earned weekly: $ **N/A**  Days lost from work: **NON**

Employer's name and address: **Disable /**

## DOCTOR AND HOSPITAL EXPENSES

Amount of out of pocket medical bills:  Doctor $ **N/A**  Hospital $ **N/A**

Do you have Insurance: **NO**

Are bills submitted with this claim?

## COMPLETE IF ACCIDENT INVOLVES A NYC OWNED VEHICLE

Was claimant owner of the vehicle: **N/A**  If no, name & address of owner: **N/A**  Name & address of Insurance Company: **N/A**  Policy #:

Was claimant the ( ) driver ( ) passenger: **N/A**

Plate # of NYC Vehicle: **N/A**  Plate # of car claimant was in: **N/A**

NYC Agency owner of car: **N/A**  Name of driver of NYC Car: **N/A**

Date: **6-15-2011**  Signature of Claimant: **Alejandro Diaz**

State of New York County of ____

I, **Alejandro Diaz** being duly sworn deposes and says that I have read the foregoing NOTICE OF CLAIM and knows the contents thereof; that same is true to the best of my own knowledge, except as to the matters here stated to be alleged upon information and belief, and as to those matters, I believe them to be true.

Signature of claimant: **Alejandro Diaz**

Sworn before me this day  
Signature of notary: _____

Olson _____  
Notary Public _____ York  
Qualified in _____ County  
Registration No. _____  
Commission Expires February 26, 2015

# NOTICE OF INTENTION TO FILE CLAIM AGAINST NEW YORK CITY

1) Name and address of Person filing claim:

   ALEJANDRO DIAZ
   1500 HAZEN ST
   EELMHURST NY 11320

2) Summary of reason that this claim arises:

   I WAS SUBJECTED TO CRUEL harsh CONDITION AND DENIED MY RIGHTS TO SPECIAL transportion AND timely medical Attention.

3) Date that the incident took place:

   MAY 17, 22, 2011

4) Amount of damages being sought:

   1,000,000,000

---

## Verification/Affidavit of Service

State of New York )
County of Bronx   ) ss.:

I, Alejandro Diaz, First being duly sworn Deposes and Says:

I am the Claimant filing this notice, and that, within 90 Days from the date of Incident I filed an original copy of this Intention upon the Office of the Comptroller for New York City together with two exact copies thereof, and, that such service was perfected by using the United States Postal Service Certified Mail with a Return Receipt requested, and that all the information contained within this intention is true and correct to the best of my personal knowledge, except for matters made upon information or belief and those are matters I believe to be true and correct.

Respectfully;

[Signature: Alejandro Diaz]

SWORN TO BEFORE ME THIS ___ June 2011

N O T A R Y   P U B L I C

Okon J. Akpan Jr
Notary Public, State of New York
Qualified in Queens County
Registration No. 01AK6161518
Commission Expires February 26, 2015

(SEE Attch.)

## PERSONAL INJURY CLAIM FORM

Claim must be filed in person or by registered or certified mail within 90 days of the occurrence at the NYC Comptroller's Office 1 Centre St. Room 1225, New York, New York 10007. It must be notarized. If claim is not resolved within 1 yr and 90 days of the occurrence you must start legal action to preserve your rights
To the Comptroller of the City of NY: I herewith present my claim against the City of New York
TYPE OR PRINT

### PERSONAL INFORMATION

Last name of Claimant: **DIAZ**   First: **ALEJANDRO**
Address: **1500 HAZEN ST**   Borough: **E. Elmhurst**   Zip: **NY 11370**   Telephone: ___
Date of Birth: **10-30-58**   Social Security Number: **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**

### ACCIDENT / INCIDENT INFORMATION   # 167

Date of Incident: **MAY 11 2011**   Exact Location of Incident: **639 ALBANY AVE BROOKLYN NY 11203**
Time: **1:30** ( ) AM (X) PM
Describe how incident happened: **Never Brown They took away my wheelchair with me and fail to provide with special transport and with knowing indifference that I was wheelchaired thrown away with no consideration for my disability 6 days**

Were there Witnesses? ___   Name(s) of Witness(es): ___
Address of Witness(es): ___

Were Police present at accident site   Yes [X]   No ( )   Police Report # **N/A**
Police Officer's Name(s): **Police officer Mr. Arias Tax # 936140 Command 011**   Shield #: ___   Precinct: ___

### MEDICAL INFORMATION

Date of First Treatment: **MAY 22 2011**   Location of First Medical Treatment: **Long Island College Hosp**
Was claimant taken by ambulance: **Yes**   Date treated in emergency room: **MAY 22**   Name of Hospital: **Kings County Hosp & Long Island College Hosp**
Name and address of treating physician(s): **N/A**

Describe injury in detail: **Severe pain due to no medication for six days**

### EMPLOYMENT INFORMATION

Status on day of accident: Employed ( )  Unemployed ( )
Amount earned weekly $: **N/A**   Days lost from work: **N/A**
Employer's name and address: ___

### DOCTOR AND HOSPITAL EXPENSES

Do you have Insurance: **N/A**   Amount of out of pocket medical bills: Doctor $ **N/A**   Hospital $ **N/A**
Are bills submitted with this claim? ___

### COMPLETE IF ACCIDENT INVOLVES A NYC OWNED VEHICLE

Was claimant owner of the vehicle: **N/A**   If no, name & address of owner: **N/A**
Was claimant the ( ) driver ( ) passenger: **N/A**   Name & address of Insurance Company: **N/A**   Policy #: ___
Plate # of NYC Vehicle: **N/A**   Plate # of car claimant was in: **N/A**
NYC Agency owner of car: **N/A**   Name of driver of NYC car: **N/A**

Date: **6-9-2011**   Signature of Claimant: *Alejandro Diaz*

State of New York
County ___
I, **Alejandro Diaz**, being duly sworn deposes and says that I have read the foregoing NOTICE OF CLAIM and know the contents thereof; that same is true to the best of my own knowledge, except as to the matter here stated to be alleged upon information and belief, and as to those matters, I believe them to be true.

Signature of claimant: *Alejandro Diaz*
Sworn before me this day
Signature of notary: ___

Orion J. Morgan Jr
Notary Public, State of New York
Qualified in Queens County
Registration No. 01AK6161518
Commission Expires February 26, 2015

**PROPERTY CLERK INVOICE**
PD 521-141 (Rev. 11-09)

**R922353**

- [ ] ARREST EVIDENCE  [ ] DNA ARREST EVIDENCE  [ ] FORFEITURE  [ ] FOUND PROPERTY  [ ] PEDDLER PROPERTY
- [ ] INVESTIGATORY  [ ] DNA INVESTIGATORY  [ ] DECEDENT'S PROPERTY  [x] SAFEKEEPING  [ ] OTHER:

| Field | Value |
|---|---|
| Invoicing Officer Rank/Name | PO ARIAS |
| Tax No | 936140 |
| Command | 071 |
| Invoice Date | 5/18/11 |
| Invoicing Command | 071 |
| Arresting Officer Rank/Name | PO ARIAS |
| Tax No | 936140 |
| Command | 071 |
| Complaint No | 2011-071-3483 |
| Investigating Officer | U/A |
| Detective Squad Supervisor | U/A |
| OCME Processing Officer | U/A |
| Date | 5/17/11 |
| Offense Under Investigation | CPCS |
| Finder of Property | A/O |
| Address | 421 EMPIRE BLVD BK NY |
| Telephone | 7187350511 |
| Owner of Property | DIAZ, ALEJANDRO |
| Address | 639 ALBANY AVE BK NY |
| Complainant | PSNY |
| Address | 421 EMPIRE BLVD BK NY |
| Telephone | 7187350511 |
| Prisoner's Last Name, First Name | DIAZ, ALEJANDRO |
| DOB | 10/30/80 |
| Address | 639 ALBANY AVE BK NY |
| Arrest No | K11648??? |
| Additional Invoice Nos | R922354 |

| ITEM No. | QTY | ARTICLE | CASH VALUE | PEDDLER/LEAD SEAL No. | SECHIARCO ENVELOPE No. |
|---|---|---|---|---|---|
| 1 | 1 | YELLOW METAL WATCH | | 471973 | A029813 |
| 2 | 1 | YELLOW METAL RING | | 471973 | A029813 |
| 3 | 2 | YELLOW METAL CHAINS | | 471973 | A029813 |
| 4 | 1 | YELLOW METAL CROSS | | 471973 | A029813 |

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

THE ABOVE IS A COMPLETE LIST OF ALL PROPERTY VOUCHERED

| Additional Prisoner | DOB | Address | Arrest No |
|---|---|---|---|
| REYNOSO, DANIEL | 3/25/62 | 639 ALBANY AVE BK NY | K11648A130 |

**REMARKS:** THE ABOVE PROPERTY IS BEING VOUCHERED FOR SAFEKEEPING AND IS SECURED IN JSE#a029814 AND GETH LEAD SEAL # 471973.

**R922353**

To: Internal Affairs for NYC Police Department
From: Alejandro Diaz   # 900-1100-750
 1500 Hazen St.
 E. Elmhurst, N.Y.
 11370
Re: To file a complaint against P.O. Arias from 71rd precinct Kings county, and the other officer participating in the arrest.
Date: June 24, 2011
Dear Sir/Ms

I want to file a complaint and request an investigation concerning my arrest on May 17, 2011, In addition with cruel and harsh conditions I was subjected to with knowing indifference in being transported with out the required transportation, In accommodation for my disability, It is my contention that my arrest was illigal and unlawful, The two officers for no apparent reason forcibly entered my place of residence that I share with my common-law wife, as in result, arresting myself and my common-law wife to coverup their wrong doing to prevent me from charging them with profiling discrimination and assault, I latir learned that I was charged with possession of narcotics, and that my common-law wife coerced under duress and threats to write a statement aginst me, and sign some papers giving consent to search our residence after the fact of them having done so, to lend credibility to their fabricated, and manufactured seized claims these police officer instead of upholding the law by virtue o not anticipating any challenge simply boldly broke the law and violated my constitutional rights in the process In conclusion I hope to hear from your office to provide you with further details regarding this matter

Thank You
cordially Alejandro Diaz   24-6-2011

Okon J. Akpan Jr.
Notary Public, State of New York
Qualified in Queens County
Registration No. 01AK6161518
Commission Expires February 26, 2015