UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
                              :
ALEJANDRO DIAZ,               :     11 Civ. 9030 (WHP)
                              :
            Plaintiff,        :     ORDER
                              :
       -against-              :
                              .
THE CITY OF NEW YORK, *et ano.*, :
                              :
            Defendants.       :
                              :
------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/5/12

WILLIAM H. PAULEY III, District Judge:

Plaintiff Alejandro Diaz failed to appear for the conferences in this action scheduled on April 27, 2012 and June 1, 2012. Accordingly, for the reasons stated on the record on June 1, 2012, this action is dismissed for failure to prosecute. The Clerk of the Court is directed to mark this case closed.

Dated: June 5, 2012
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*Copy mailed to:*

Alejandro Diaz
108 Mill St. APT 5D
Brooklyn, NY 11231
*Plaintiff Pro Se*

-1-